DANIEL G. BOGDEN
United States Attorney
District of Nevada
RUSSELL E. MARSH
Assistant U.S. Attorney
U.S. Attorney's Office
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
Telephone (702) 388-6336

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

****

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Eric Jon Strasser,<br><br>Defendant. | 2:10-cr-00266-LDG(LRL)<br><br>**MOTION TO AMEND JUDGMENT** |

The United States of America hereby requests that the Court amend its January 6, 2011, Judgment (Doc. #22) to reflect the Name of Payee for restitution (at page 4) as "James C. Sell, as Receiver for American National Mortgage Partners," at 1850 N. 95th Avenue, Suite 182, Phoenix, Arizona, 85037.

Respectfully submitted this __30th__ day of March, 2011.

Daniel G. Bogden
United States Attorney
District of Arizona

*/s/ Russell E. Marsh*

Russell E. Marsh
Assistant U.S. Attorney
Chief, Criminal Division

ORDER

IT IS SO ORDERED.

DATED this __5__ day of April, 2011.

_____
Lloyd D. George
Sr. U.S. District Judge