Daniel G. Bogden
United States Attorney
District of Nevada
Mark E. Woolf
Assistant United States Attorney
United States Attorney's Office
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 89101
Tel: 702-388-6336
Fax: 702-388-6787

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:10-CR-00266-LDG-LRL |
| v. | ) **MOTION FOR SUPPLEMENTARY PROCEEDINGS (EXAMINATION OF JUDGEMENT DEBTOR)** |
| ERIC JON STRASSER, | ) |
| Defendant. | ) |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Mark E. Woolf, Assistant United States Attorney, moves this Honorable Court for an order requiring defendant, Eric Jon Strasser, to appear before a United States Magistrate Judge at a time and place to be set by the court for examination supplementary to judgment pursuant to Rule 69 of Fed. R. Civ. P., 28 U.S.C. § 3105, and N.R.S. 21.270. This motion is based upon the following points and authorities, the attached Declaration from Mary Booker and the pleadings and papers on file herein.

The Federal Debt Collection Procedure Act is "the exclusive civil procedures for the United States ... to recover a judgment on a debt." 28 U.S.C. § 3001(a) (1). A debt is an amount owed "to the United States on account of ... [an] other source of indebtedness to the United States ...." 28 U.S.C. § 3002(3) (B). A judgment is "a judgment ... entered in favor of the United States in a court and arising

from a ... criminal proceeding ...." 28 U.S.C. § 3002(8). A criminal money judgment against a defendant is a judgment entered as a debt in favor of the Government. *See* 28 U.S.C. §§ 3001(a) (1), 3002(3) (B) and (8), 3201, and 3202(a). The creation, duration, and renewal of judgment liens are part of Subchapter C. *See* 28 U.S.C. §§ 3201 and 3202(a). Since judgments include criminal money judgments, the judgment lien is good for 20 years and can be renewed for another 20 years. *See* 28 U.S.C. §§ 3002(8), 3201, and 3202(a).

DATED: January 14, 2016.

DANIEL G. BOGDEN
United States Attorney

*/s/Mark E. Woolf*
MARK E. WOOLF
Assistant United States Attorney

# DECLARATION

## FOR MOTION FOR SUPPLEMENTARY PROCEEDINGS
## (EXAMINATION OF JUDGMENT DEBTOR)

STATE OF NEVADA    )
                   )
COUNTY OF CLARK    )

Mary Booker, declares pursuant to 28 U.S.C. §1746 under penalty of perjury that the foregoing is true and correct.

1. I am a Debt Collection Agent in the Financial Litigation Unit for the United States Attorney's Office, District of Nevada. I have custody of the records in this office pertaining to this collection matter.

2. Judgment was entered, for the plaintiff and against defendant on, January 6, 2011, for the sum of $190,100.00, together with interest thereon from the date of judgment and court costs.

3. Eric Jon Strasser resides within the jurisdiction of this Court.

4. The judgment has not been satisfied, vacated, reversed, or barred by the Statute of Limitations, and is one on which execution may properly issue.

5. The judgment remains unpaid.

/s/ Mary Booker
Mary Booker
Debt Collection Agent
Financial Litigation Unit

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ERIC JON STRASSER,<br><br>          Defendant. | Case No. 2:10-CR-00266-LDG-LRL |

**ORDER FOR SUPPLEMENTARY PROCEEDINGS OF JUDGMENT DEBTOR EXAMINATION**

On plaintiff's motion and good cause appearing, the defendant, Eric Jon Strasser, is hereby Ordered to appear before the United States Magistrate in courtroom __3A__, Lloyd D. George Federal Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, on the __16th__ day of __March, 2016__ at __9:00 a.m.__, to then and there answer upon oath concerning the property of the defendant and for such other proceedings as there may occur consistent with proceedings supplementary to execution.

It is further ordered that you, the defendant, bring to the hearing the following:

1. Your three most recent federal income tax returns with their attachments.

2. Copies of all personal and business financial statements concerning checking and savings accounts for the past twelve months.

3. A copy of the titles to all you and your spouses' vehicles, automobiles, boats, aircraft, etc

4. Copies of your earnings statements (i.e. paychecks) for the past twelve months.

5. Copies of your bills for the past twelve months to verify statements on the financial form.

It is further ordered that a copy of this order shall be served upon the defendant at least __fifteen__ calendar days before the hearing scheduled herein.

Failure to appear may subject you, the defendant, to punishment for contempt of court.

DATED this 26th day of January, 2016.

_____
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

/s/Mark E. Woolf
MARK E. WOOLF
Assistant United States Attorney