DANIEL G. BOGDEN
United States Attorney
District of Nevada

MARK E. WOOLF
Assistant United States Attorney
United States Attorney's Office
333 Las Vegas Boulevard So., Suite 5000
Las Vegas, Nevada 89101
Tel: 702-388-6336
Fax: 702-388-6787
Email: *mark.woolf@usdoj.gov*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIC JON STRASSER, )<br>)<br>Defendant. ) | Case No. 2:10-cr-00266-LDG-GWF |

**MOTION TO VACATE JUDGMENT DEBTOR EXAMINATION**

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Mark Woolf, Assistant United States Attorney, hereby moves for an order to vacate the Judgment Debtor Examination currently scheduled for March 16, 2016 at 9:00 a.m.  This motion is made because the United States was unable to serve the defendant Eric Jon Strasser.

DATED this 1st day of March, 2016.

DANIEL G. BOGDEN
United States Attorney

*/s/ Mark E. Woolf*
MARK E. WOOLF
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 02:10-cr-00266-LDG-GWF |
| v. | ) ORDER |
| ERIC JON STRASSER, | ) |
| Defendant. | ) |

This matter came before the Court on Plaintiff's Motion to Vacate Judgment Debtor Examination. The Court has reviewed the motion and finds good cause for the requested relief. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Vacate Judgment Debtor Examination is **granted**. The Judgment Debtor Examination schedule for March 16, 2016 is **vacated**.

DATED this __2nd__ day of _____March,_____ 2016.

_____
George W. Foley
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

*/s/ Mark E Woolf*
Assistant United States Attorney